# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEONA C. FITZGERALD,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-CV-5271** |
| | : | |
| **HOSPITAL UNIVERSITY OF** | : | |
| **PENNSYLVANIA,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 28th day of October, 2024, upon consideration of Plaintiff Leona C. Fitzgerald's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

s/ *R. Barclay Surrick*

**R. BARCLAY SURRICK, J.**